

# Fourth Court of Appeals
## San Antonio, Texas

May 22, 2024

No. 04-23-00932-CV

**IN RE AMERICAN RISK INSURANCE COMPANY, INC.**, Relator

Original Mandamus Proceeding[1]

### ORDER

On October 18, 2023, relator filed a petition for writ of mandamus. Relator also filed a motion for emergency stay of the underlying proceedings pending final resolution of the petition for writ of mandamus, which this court granted on October 20, 2023. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). The stay imposed on October 20, 2023 is lifted.

It is so **ORDERED** on May 22, 2024.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of May, 2024.

_____
Luz Estrada, Chief Deputy Clerk

---

[1] This proceeding arises out of Cause No. 2018-CI-08516, styled *T4V2, LLC D/B/A City-Base Vista Apartments and T-4 Housing Interests Management, LLC v. American Risk Insurance Company*, pending in the 73rd Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.